Núm. 7705.—DOMENECH, apldo., *v.* CALERO GONZÁLEZ, aplte.— C. D. Aguadilla. ▮▮▮▮▮▮ Marzo 16, 1938.
(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)
Vista la moción que antecede con la sola asistencia de la parte

apelada, se declara con lugar dicha moción y *se desestima* la apelación interpuesta contra la sentencia que dictó la Corte de Distrito de Aguadilla en mayo 28, 1937, por no haberse radicado aún en la secretaría de este Tribunal la transcripción de los autos no obstante haberse aprobado por el juez la transcripción de evidencia desde enero 4, 1938.

El Juez Asociado Sr. Córdova Dávila no intervino.